UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOHN DOE,                                        :
                              Petitioner,        :
                                                 :
                  -against-                      :        21 Civ. 5257 (LGS)
                                                 :
THOMAS DECKER, et. al,                           :              ORDER
                              Respondents,       :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Government filed a letter requesting the Court to vacate and withdraw

its Opinion and Order dated November 3, 2021 (Dkt. No. 29).  It is hereby

        ORDERED that Petitioner shall file a response by November 8, 2021.  It is further

        ORDERED that the Court's order directing a bond hearing within fourteen calendar days

from the docketing of the November 3, 2021, Order is STAYED.


Dated: November 4, 2021
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE