UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOHN DOE,                                        :
                                    Petitioner,  :
                                                 :
              -against-                          :         21 Civ. 5257 (LGS)
                                                 :
THOMAS DECKER, et al.,                           :              ORDER
                                    Respondents, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 19, 2021, the Court ordered that Respondents shall provide an

individualized bond hearing to Petitioner based on his habeas corpus petition, Dkt. No. 37;

WHEREAS, on November 30, 2021, a bond hearing was held, and Petitioner was

released, Dkt. No. 38;

WHEREAS, the parties represent that all issues have been resolved, Dkt. No. 39.

The Clerk of Court is respectfully requested to enter judgment and close the case.

Dated: January 7, 2022
       New York, New York

                                        _____
                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE