**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN DOE,

                Petitioner,                      21 **CIVIL** 5257 (LGS)

     -against-                                 **JUDGMENT**

THOMAS DECKER, et al.,

                Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2022, and whereas on November 19, 2021, the Court ordered that Respondents shall provide an individualized bond hearing to Petitioner based on his habeas corpus petition. On November 30, 2021, a bond hearing was held, and Petitioner was released. The parties represent that all issues have been resolved. Judgment is hereby entered; accordingly, the case is closed.

**DATED:** New York, New York
              January 7, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                  **BY:**       *K. Mango*

                                                      **Deputy Clerk**